**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Eastern District of California

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1. Debtor's name** | Fall Line Tree Service, Inc. | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | The Village Board Shop | |
| **3. Debtor's federal Employer Identification Number** (EIN) | 81-2786403 | |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3552 Lake Tahoe Blvd. | |
| Number    Street | Number    Street |
| | P.O. Box |
| South Lake Tahoe    CA    96150 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| El Dorado County | |
| County | Number    Street |
| | |
| | City    State    ZIP Code |

**5. Debtor's website** (URL)    https://thevillageboardshop.com/

**6. Type of debtor**
- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

Debtor    Fall Line Tree Service, Inc.        Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

5999

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

     ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.   District _____ When ____/____/_____ Case number _____
                                           MM / DD / YYYY
            District _____ When ____/____/_____ Case number _____
                                           MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.   Debtor _____ Relationship _____
            District _____ When ____/____/_____
                                                                  MM / DD / YYYY
            Case number, if known _____

Debtor    Fall Line Tree Service, Inc.            Case number *(if known)* _____
         Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
     Number      Street

_____

_____
City      State      ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  Fall Line Tree Service, Inc.
       Name

Case number (*if known*) _____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☒ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/13/2020
            MM / DD / YYYY

✘ /s/ Steven A. Nichols
Signature of authorized representative of debtor

Steven A. Nichols
Printed name

Title  Chief Executive Officer

**18. Signature of attorney**

✘ /s/ Galen Gentry
Signature of attorney for debtor

Date  03/13/2020
     MM / DD / YYYY

Galen Gentry
Printed name

Hughey Phillips LLP
Firm name

520 9th Street Suite 230
Number  Street

Sacramento
City

CA
State

95814
ZIP Code

916-758-2100
Contact phone

ggentry@hugheyphillipsllp.com
Email address

308873
Bar number

CA
State

VILLAGEBOAR 04/08/2019 5:53 AM

Filed 03/13/20                                    Case 20-21548                                                            Doc 1

| Form **1120S** | | | U.S. Income Tax Return for an S Corporation<br>Includes Late Election(s) Filed Pursuant to Rev Proc 2013-30<br>▶ Do not file this form unless the corporation has filed or is<br>attaching Form 2553 to elect to be an S corporation.<br>▶ Go to *www.irs.gov/Form1120S* for instructions and the latest information. | | OMB No. 1545-0123<br>**2018** |
|---|---|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | | | | | |

For calendar year 2018 or tax year beginning                   , ending

| **A** S election effective date<br>01/01/18 | **TYPE** | Name<br>FALL LINE TREE SERVICE, INC<br>THE VILLAGE BOARD SHOP | **D** Employer identification number<br>81-2786403 |
|---|---|---|---|
| **B** Business activity code<br>number (see instructions)<br>453990 | **OR** | Number, street, and room or suite no. If a P.O. box, see instructions.<br>3552 LAKE TAHOE BLVD | **E** Date incorporated<br>04/18/2016 |
| **C** Check if Sch. M-3<br>attached ☐ | **PRINT** | City or town, state or province, country, and ZIP or foreign postal code<br>SOUTH LAKE TAHOE     CA 96150 | **F** Total assets (see instructions)<br>$ 347,597 |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☒ Yes   ☐ No   If "Yes," attach Form 2553 if not already filed
**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination or revocation
**I** Enter the number of shareholders who were shareholders during any part of the tax year ▶ 1

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### Income

| | | | |
|---|---|---|---:|
| **1a** | Gross receipts or sales | **1a** 473,204 | |
| **b** | Returns and allowances | **1b** | |
| **c** | Balance. Subtract line 1b from line 1a | **1c** | 473,204 |
| **2** | Cost of goods sold (attach Form 1125-A) | **2** | 261,332 |
| **3** | Gross profit. Subtract line 2 from line 1c | **3** | 211,872 |
| **4** | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | **4** | |
| **5** | Other income (loss) (see instructions—attach statement)   See Stmt 1 | **5** | 40,307 |
| **6** | **Total income (loss).** Add lines 3 through 5 ▶ | **6** | 252,179 |

### Deductions (see instructions for limitations)

| | | | |
|---|---|---|---:|
| **7** | Compensation of officers (see instructions–attach Form 1125-E) | **7** | |
| **8** | Salaries and wages (less employment credits) | **8** | 56,273 |
| **9** | Repairs and maintenance | **9** | 1,059 |
| **10** | Bad debts | **10** | |
| **11** | Rents | **11** | 32,395 |
| **12** | Taxes and licenses | **12** | |
| **13** | Interest (see instructions) | **13** | |
| **14** | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | **14** | 12,875 |
| **15** | Depletion **(Do not deduct oil and gas depletion.)** | **15** | |
| **16** | Advertising | **16** | 8,104 |
| **17** | Pension, profit-sharing, etc., plans | **17** | |
| **18** | Employee benefit programs | **18** | |
| **19** | Other deductions (attach statement)   See Stmt 2 | **19** | 38,808 |
| **20** | **Total deductions.** Add lines 7 through 19 ▶ | **20** | 149,514 |
| **21** | **Ordinary business income (loss).** Subtract line 20 from line 6 | **21** | 102,665 |

### Tax and Payments

| | | | |
|---|---|---|---:|
| **22a** | Excess net passive income or LIFO recapture tax (see instructions) | **22a** | |
| **b** | Tax from Schedule D (Form 1120S) | **22b** | |
| **c** | Add lines 22a and 22b (see instructions for additional taxes) | **22c** | |
| **23a** | 2018 estimated tax payments and 2017 overpayment credited to 2018 | **23a** | |
| **b** | Tax deposited with Form 7004 | **23b** | |
| **c** | Credit for federal tax paid on fuels (attach Form 4136) | **23c** | |
| **d** | Refundable credit from Form 8827, line 8c | **23d** | |
| **e** | Add lines 23a through 23d | **23e** | |
| **24** | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | **24** | |
| **25** | **Amount owed.** If line 23e is smaller than the total of lines 22c and 24, enter amount owed | **25** | |
| **26** | **Overpayment.** If line 23e is larger than the total of lines 22c and 24, enter amount overpaid | **26** | |
| **27** | Enter amount from line 26: **Credited to 2019 estimated tax** ▶                Refunded ▶ | **27** | |

**Sign Here**   Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

May the IRS discuss this return with the preparer shown below (see instructions)?  ☒ Yes  ☐ No

▶ Signature of officer   STEVE NICHOLS         Date        ▶ Title  PRESIDENT

| **Paid Preparer Use Only** | Print/Type preparer's name<br>Ella K Laden | Preparer's signature<br>Ella K Laden | Date<br>04/08/19 | Check ☐ if self-employed | PTIN<br>P01071615 |
|---|---|---|---|---|---|
| | Firm's name ▶ Ella K. Laden CPA PC | | | Firm's EIN ▶ 47-2910565 | |
| | Firm's address ▶ PO Box 1310<br>Zephyr Cove, NV     89448 | | | Phone no. 775-588-2555 | |

**For Paperwork Reduction Act Notice, see separate instructions.**                                                                                    Form **1120S** (2018)
DAA

Form 1120S (2018) **FALL LINE TREE SERVICE, INC**    81-2786403    Page **2**

## Schedule B  Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method:  a [X] Cash   b [ ] Accrual   c [ ] Other (specify) ▶ | | |
| 2 | See the instructions and enter the:  **a** Business activity ▶ SALES AND SERVICE   **b** Product or service ▶ OUTDOOR SPORTS | | |
| 3 | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation | | X |
| 4 | At the end of the tax year, did the corporation: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |

| | | Yes | No |
|---|---|---|---|
| 5 a | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | (i) Total shares of restricted stock ▶ | | |
| | (ii) Total shares of non-restricted stock ▶ | | |
| b | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | (i) Total shares of stock outstanding at the end of the tax year ▶ | | |
| | (ii) Total shares of stock outstanding if all instruments were executed ▶ | | |
| 6 | Has this corporation filed, or is it required to file, **Form 8918,** Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| 7 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ▶ [ ] | | |
| | If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 8 | If the corporation: **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years (see instructions) ▶ $ | | |
| 9 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| 10 | Does the corporation satisfy one of the following conditions and the corporation doesn't own a pass-through entity with current year, or prior year carryover, excess business interest expense? See instructions | X | |
| a | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year don't exceed $25 million, and the corporation isn't a tax shelter; or | | |
| b | The corporation only has business interest expense from (1) an electing real property trade or business, (2) an electing farming business, or (3) certain utility businesses under section 163(j)(7). | | |
| | If "No," complete and attach Form 8990. | | |
| 11 | Does the corporation satisfy **both** of the following conditions? | | |
| a | The corporation's total receipts (see instructions) for the tax year were less than $250,000 | | |
| b | The corporation's total assets at the end of the tax year were less than $250,000 | | X |
| | If "Yes," the corporation is not required to complete Schedules L and M-1. | | |

DAA    Form **1120S** (2018)

| Form 1120S (2018) | FALL LINE TREE SERVICE, INC | 81-2786403 | | Page 3 |
|---|---|---|---|---|

## Schedule B   Other Information (see instructions) *(continued)*

| | | Yes | No |
|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| | If "Yes," enter the amount of principal reduction ▶ $ | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions | | X |
| 14a | Did the corporation make any payments in 2018 that would require it to file Form(s) 1099? | X | |
| b | If "Yes," did the corporation file or will it file required Forms 1099? | X | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter the amount from Form 8996, line 13 ▶ $ | | |

## Schedule K   Shareholders' Pro Rata Share Items

| | | | Total amount |
|---|---|---|---|
| **Income (Loss)** | | | |
| 1 | Ordinary business income (loss) (page 1, line 21) | 1 | 102,665 |
| 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | |
| 3a | Other gross rental income (loss) ........ 3a | | |
| b | Expenses from other rental activities (attach statement) ........ 3b | | |
| c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| 4 | Interest income | 4 | |
| 5 | Dividends: a Ordinary dividends | 5a | |
| | b Qualified dividends ........ 5b | | |
| 6 | Royalties | 6 | |
| 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | 7 | |
| 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | 8a | |
| b | Collectibles (28%) gain (loss) ........ 8b | | |
| c | Unrecaptured section 1250 gain (attach statement) ........ 8c | | |
| 9 | Net section 1231 gain (loss) (attach Form 4797) | 9 | |
| 10 | Other income (loss) (see instructions) ....... Type ▶ | 10 | |
| **Deductions** | | | |
| 11 | Section 179 deduction (attach Form 4562) | 11 | |
| 12a | Charitable contributions | 12a | |
| b | Investment interest expense | 12b | |
| c | Section 59(e)(2) expenditures (1) Type ▶ ............. (2) Amount ▶ | 12c(2) | |
| d | Other deductions (see instructions) ....... Type ▶ | 12d | |
| **Credits** | | | |
| 13a | Low-income housing credit (section 42(j)(5)) | 13a | |
| b | Low-income housing credit (other) | 13b | |
| c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 13c | |
| d | Other rental real estate credits (see instructions)  Type ▶ | 13d | |
| e | Other rental credits (see instructions)   Type ▶ | 13e | |
| f | Biofuel producer credit (attach Form 6478) | 13f | |
| g | Other credits (see instructions) ....... Type ▶ | 13g | |
| **Foreign Transactions** | | | |
| 14a | Name of country or U.S. possession ▶ | | |
| b | Gross income from all sources | 14b | |
| c | Gross income sourced at shareholder level | 14c | |
| | Foreign gross income sourced at corporate level | | |
| d | Section 951A category | 14d | |
| e | Foreign branch category | 14e | |
| f | Passive category | 14f | |
| g | General category | 14g | |
| h | Other (attach statement) | 14h | |
| | Deductions allocated and apportioned at shareholder level | | |
| i | Interest expense | 14i | |
| j | Other | 14j | |
| | Deductions allocated and apportioned at corporate level to foreign source income | | |
| k | Section 951A category | 14k | |
| l | Foreign branch category | 14l | |
| m | Passive category | 14m | |
| n | General category | 14n | |
| o | Other (attach statement) | 14o | |
| | Other information | | |
| p | Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 14p | |
| q | Reduction in taxes available for credit (attach statement) | 14q | |
| r | Other foreign tax information (attach statement) | | |

DAA                                                           Form **1120S** (2018)

VILLAGEBOAR 04/08/2019 5:53 AM
Filed 03/13/20  Case 20-21548  Doc 1

Form 1120S (2018)  **FALL LINE TREE SERVICE, INC    81-2786403**  Page **4**

## Schedule K  Shareholders' Pro Rata Share Items *(continued)*

| | | | Total amount |
|---|---|---|---:|
| **Alternative Minimum Tax (AMT) Items** | **15a** Post-1986 depreciation adjustment | 15a | |
| | **b** Adjusted gain or loss | 15b | |
| | **c** Depletion (other than oil and gas) | 15c | |
| | **d** Oil, gas, and geothermal properties – gross income | 15d | |
| | **e** Oil, gas, and geothermal properties – deductions | 15e | |
| | **f** Other AMT items (attach statement) | 15f | |
| **Items Affecting Shareholder Basis** | **16a** Tax-exempt interest income | 16a | |
| | **b** Other tax-exempt income | 16b | |
| | **c** Nondeductible expenses | 16c | |
| | **d** Distributions (attach statement if required) (see instructions) | 16d | |
| | **e** Repayment of loans from shareholders | 16e | |
| **Other Information** | **17a** Investment income | 17a | |
| | **b** Investment expenses | 17b | |
| | **c** Dividend distributions paid from accumulated earnings and profits | 17c | |
| | **d** Other items and amounts (attach statement)  See Statement 3 | | |
| **Reconciliation** | **18 Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14p | 18 | 102,665 |

## Schedule L  Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---:|---:|---:|---:|
| 1 | Cash | | | | 67,528 |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( | ) | ( | ) |
| 3 | Inventories | | | | 221,945 |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7 | Loans to shareholders | | | | 46,000 |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | | | 12,875 | |
| b | Less accumulated depreciation | ( | ) | ( 751) | 12,124 |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( | ) | ( | ) |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( | ) | ( | ) |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | 0 | | 347,597 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | 244,932 |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | | | |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | | | 102,665 |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock | | ( | ) | ( ) |
| 27 | Total liabilities and shareholders' equity | | 0 | | 347,597 |

Form **1120S** (2018)

DAA

VILLAGEBOAR 04/08/2019 5:53 AM
Filed 03/13/20 Case 20-21548 Doc 1

Form 1120S (2018)   **FALL LINE TREE SERVICE, INC**    81-2786403    Page **5**

### Schedule M-1   Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The corporation may be required to file Schedule M-3 (see instructions)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | 114,789 | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | a | Tax-exempt interest $ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14p (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12 and 14p, not charged against book income this year (itemize): | |
| a | Depreciation $ | | a | Depreciation $ 12,124 | |
| b | Travel and entertainment $ | | | | 12,124 |
| | | | 7 | Add lines 5 and 6 | 12,124 |
| 4 | Add lines 1 through 3 | 114,789 | 8 | Income (loss) (Schedule K, line 18). Line 4 less line 7 | 102,665 |

### Schedule M-2   Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account
(see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year | | | | |
| 2 | Ordinary income from page 1, line 21 | 102,665 | | | |
| 3 | Other additions | | | | |
| 4 | Loss from page 1, line 21 | ( ) | | | |
| 5 | Other reductions | ( ) | | | ( ) |
| 6 | Combine lines 1 through 5 | 102,665 | | | |
| 7 | Distributions | | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | 102,665 | | | |

Form **1120S** (2018)

DAA