```
Robert P. Huckaby   CA#97633
3330 Lake Tahoe Blvd. #10
South Lake Tahoe, CA  96150
tel (530) 544-4697
fax (530) 544-7760
email:  bobhuckaby@aol.com
```

ATTORNEY FOR CREDITOR/DEFENDANT,
DLSK FAMILY TRUST

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO

| | |
|---|---|
| In re: | Bankruptcy Case No. 20-21548-C-11 |
| FALL LINE TREE SERVICE INC., | DCN:  HP-9 |
| Debtor. | OBJECTION TO DEBTOR'S PLAN OF REORGANIZATION |
| | Date:  November 18, 2020<br>Time:  11:00 am<br>Dept:  Court 35, 6th floor<br>Judge: Hon. Christopher M. Klein |

　　　Creditor DICK YOST YAGHLEGIAN and LAUREN YAGHLEGIAN, both individually and as Trustees of the DLSK FAMILY TRUST dated 6/2/2008, hereby objects to Debtor's Plan of Reorganization dated September 11, 2020 on the following grounds.

　　　1.　　Debtor's liquidation analysis is in error, as it fails to account for the $300,000 purchased goodwill asset, and we believe the inventory asset is understated.  The business has another asset of rental equipment, typically $40,000, which is also not shown.  The affect of which is that Debtor can actually pay 100% of all of its debts instead of only 59%.

　　　2.　　Debtor's cash flow analysis is in error, as the revenues are substantially understated, the payroll expense is overstated, and the income available for Plan payments is substantially understated.  The affect of which is that Debtor can actually pay 100% of all of its debts instead of only 59%.

3. Reference is made to the 9/30/2020 Monthly Operating Report filed by Debtor herein. That shows $548,897 of revenues since filing this case 6½ months ago, an average of $84,446 per month, or an annualized amount of $1,013,348, including the COVID-19 shut down/slow down months this spring, so the forecast amount of $815,000 per year is at least $200,000 per year short of reality. Notice the 2019 Profit and Loss Report attached to debtor's initial financial disclosure showed gross revenues of $899,392 for 2019 and a profit of $561,224.

4. Further reference to the 9/30/20 MOR shows actual payroll cost of $37,878 to date, or an annualized amount of $69,929 instead of the $205,000 shown in their forecast.

5. Analysis of the debtor's operating reports discloses payments to vendors which are not related to the company's business. The business does not sell or service motorized vehicles, and no vehicles are on the Balance Sheet, yet payments were made to Rocky Mountain ATV, Carson Motorsports, Faction Motorcycle, Toyota Financial, and Spinreel Dune Buggy. Social media shows that Mr. & Mrs. Nichols have pulled enough money out of the business to buy a new truck for Steve, a toy hauler travel trailer to play with, 2 motorcycles and 2 quads for the kids, a $25,000 side-by-side, and a $500 puppy, estimated to be more than $200,000.

6. Analysis of debtor's operating reports discloses cash deposits substantially less than should have been. Creditor operated this business for over 20 years, and historically cash deposits represented about 25% of gross revenues, so we believe gross revenues are substantially understated.

7. Analysis of the debtor's operating reports discloses a failure to include revenues from Debtor's operation of actual tree service business outside of the Village Board Shop.

WHEREFORE creditor requests the Court not approve Debtor's present Plan.

Dated: November 4, 2020

/s/ Robert P. Huckaby

_____
Robert P. Huckaby,
Attorney for Creditor/Defendant