| | |
|---|---|
| 1 | 2 |

Robert P. Huckaby   #97633
3330 Lake Tahoe Blvd. #10
South Lake Tahoe, CA  96150
tel (530) 544-4697
fax (530) 544-7760
email:  bobhuckaby@aol.com

ATTORNEY FOR CREDITOR/DEFENDANT,
DLSK FAMILY TRUST

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO

| | |
|---|---|
| In re: ) | Bankruptcy Case No. |
| ) | 20-21548-C-11 |
| FALL LINE TREE SERVICE INC., ) | |
| ) | DCN:  HP-9 |
| Debtor. ) | |
| ) | CERTIFICATE OF SERVICE |
| ) | |
| ) | |
| ) | Date:   November 18, 2020 |
| ) | Time:   11:00 am |
| ) | Dept:   Court 35, 6th floor |
| _____ ) | Judge:  Hon. Christopher M. Klein |

I, the undersigned, whose address is 3330 Lake Tahoe Blvd. #10, South Lake Tahoe, CA 96150, certify that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that I served the documents described as:

OBJECTION TO DEBTOR'S PLAN OF REORGANIZATION

by placing a true copy thereof, in a sealed envelope, in the U.S. Mail, first class postage prepaid, addressed as follows:

Galen M. Gentry
520 9th St. #230
Sacramento, CA  95814

Lisa A. Holder
3710 Earnhardt Dr.
Bakersfield, CA  93306

and by the court's electronic noticing system to:

1　Office of the United States Trustee
　　501 I St. Room 7-500
2　Sacramento, CA 95814-7304

3　　　I certify under penalty of perjury that the foregoing is true and correct.

4　Dated: November 4, 2020

　　　　　　　　　　　　　　　　　　　/s/ Robert P. Huckaby
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Robert P. Huckaby